*E-FILED - 4/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY SIDDAL,<br><br>    Defendant. | No. CR 99-20164-03-RMW<br><br>**ORDER RETURNING PASSPORT** |

Defendant, Gary Siddal, having been sentenced on July 10, 2001, and his probation terminated on August 4, 2003,

IT IS HEREBY ORDERED that defendant's United States passport be mailed to his attorney, Stuart D. Kirchick, who will then ensure the passport is given to Mr. Siddal.

**IT IS SO ORDERED.**

Dated: April 18, 2008

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

*This is to certify that a copy of the Order was E-Filed and Mailed to Counsel of Record:*